

# Fourth Court of Appeals
## San Antonio, Texas

January 3, 2024

No. 04-22-00474-CR

**EX PARTE** Wilmar Geovani **SAMBRANO GUEVARA**

From the County Court, Kinney County, Texas
Trial Court No. 10373CR
Honorable Dennis Powell, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, we **DISMISS** Wilmar Geovani Sambrano Guevara's appeal of the denial of his application for pretrial writ of habeas corpus for want of jurisdiction. We further consider Sambrano Guevara's appeal as a petition for writ of mandamus and, after considering the parties' briefing and the record, conclude Sambrano Guevara is not entitled to the relief sought. Accordingly, we **DENY** Sambrano Guevara's request for mandamus relief. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on January 3, 2024.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of January, 2024.

_____
Michael A. Cruz, Clerk of Court